Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

John S. O'Connell Jr.
720 Meadow Lane
Libertyvill, IL 60048
SSN: xxx–xx–1793 EIN: N.A.

Case No. :   18–01338
Chapter :   7
Judge :   A. Benjamin Goldgar

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF
- ☐ Statement About Your Social Security Numbers
- ☐ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Application for Individual to Pay the Filing Fee in Installments/Orders
- ☐ Application to Have the Chapter 7 Filing Fee Waived/Orders
- ☐ Certification of Relatedness (applicable to related cases)
- ☐ Fees Due
- ☐ Notice of Motion and Motion for Waiver of Credit Counseling
- ☑ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition
- ☑ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application to have the Chapter 7 Filing Fee Waive/Order. Please re–file as Amended
- ☑ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re–file as Amended

For additional information, please access the United States Court's website at http://www.uscourts.gov/forms/bankruptcy–forms/required–lists–schedules–statements–and–fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: January 18, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
John S. O'Connell, Jr.  
      Debtor

Case No. 18-01338-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: mutter　　　Page 1 of 1　　　Date Rcvd: Jan 18, 2018  
　　　　　　　　　　　　Form ID: def　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db　　　　　+John S. O'Connell, Jr.,　720 Meadow Lane,　Libertyvill, IL 60048-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:  
　　　　David P Leibowitz, ESQ　on behalf of Debtor 1 John S. O'Connell, Jr. dleibowitz@lakelaw.com, jstorer@lakelaw.com;storerjr58596@notify.bestcase.com;ecf@lakelaw.com  
　　　　Ilene F Goldstein, ESQ　ifgcourt@aol.com, IL35@ecfcbis.com  
　　　　Patrick S Layng　USTPRegion11.ES.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3